IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHANE M. ROTHARMEL, LLC, )<br>and )<br>SHANE M. ROTHARMEL, )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 3:17-CV-155 |

## **CONSENT MOTION TO ENTER AGREED FINAL ORDER**

Plaintiff Meineke Car Care Centers, LLC ("Meineke"), through the undersigned counsel and with the consent of Defendants Shane M. Rotharmel, LLC, and Shane M. Rotharmel (collectively, the "Defendants"), move the Court to enter a Final Order in this matter on the terms set forth in the proposed "Agreed Final Order" filed herewith. In support of this Motion, Plaintiff submits that the Parties have entered into a settlement agreement resolving all claims set forth in this action, and that pursuant to such settlement agreement the Parties have consented to the terms of the proposed "Agreed Final Order" submitted with this Motion.

This the 20th day of March, 2018.

        **HUNTON & WILLIAMS LLP**

        /s/ Emma C. Merritt
        Emma C. Merritt
        N.C. State Bar No. 35446
        Bank of America Plaza
        101 South Tryon Street, Suite 3500
        Charlotte, North Carolina 28280
        Telephone: (704) 378-4725
        Fax: (704) 378-4890
        emerritt@hunton.com

        Patrick Robson
        N.C. State Bar No. 37418
        200 Park Ave.
        New York, New York 10166
        Telephone: (212) 309-1157
        Fax: (704) 331-4228

        *Attorneys for Meineke Car Care Centers, LLC*

# CERTIFICATE OF SERVICE

  I hereby certify that on March 20, 2018, I electronically filed the foregoing **CONSENT MOTION TO ENTER AGREED FINAL ORDER** with the Clerk of Court using the CM/ECF system and that such filing will be sent electronically using the CM/ECF system to the following counsel of record:

>Raboteau T. Wilder, Jr.
>TERPENING WILDER LAW
>5950 Fairway Road, Suite 808
>Charlotte, NC 28210
>wilder@terpeninglaw.com
>
>*Counsel for Defendants*

This the 20th day of March, 2018.

                /s/ Emma C. Merritt
                Emma C. Merritt