# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Meineke Car Care Centers, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00155-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Shane M. Rotharmel | ) | |
| Shane M. Rotharmel, LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2018 Order.

March 30, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court